IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

TROY EDWARDS,  CASE NO. 2:06-cv-702
                                  JUDGE MARBLEY
      Petitioner,       MAGISTRATE JUDGE KEMP

v.

WARDEN WOLFE,

      Respondent.

## ORDER

On March 13, 2009, petitioner was directed to advise the Court of his intention to pursue the instant habeas corpus petition and of his current address within fifteen days. To date, petitioner has failed to comply with the Court's order.

This action is hereby **DISMISSED.**

**IT IS SO ORDERED**.

                                                     s/Algenon L. Marbley
                                                ALGENON L. MARBLEY
                                                United States District Judge