# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| **TROY EDWARDS,** | CASE NO. 2:06-cv-702 |
| | **JUDGE MARBLEY** |
| Petitioner, | **MAGISTRATE JUDGE KEMP** |

v.

**WARDEN WOLFE,**

      Respondent.

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

    IT IS ORDERED AND ADJUDGED That pursuant to the June 5, 2009 Order, due to Petitioner's failure to comply with the Court's March 13, 2009 order directing him to advise the Court of his intention to pursue the instant habeas corpus petition this action is DISMISSED.

Date: **June 5, 2009**          **James Bonini, Clerk**

                                                 s/Betty L. Clark
                                                 Betty L. Clark/Deputy Clerk